1 KEVIN V. RYAN, CSBN 118321
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Respondents
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERTO CAMACHO, ) | No. C 06-1995 MJJ |
| ) Petitioner, ) | |
| v. ) | **STIPULATION TO A BRIEFING** |
| ) | **SCHEDULE; AND [PROPOSED] ORDER** |
| ALBERTO GONZALES, Attorney General of ) the United States and DAVID STILL, Acting ) District Director, San Francisco Office, U.S. ) Immigration and Naturalization Service, ) ) Respondents. ) ) | |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule:

| | |
|---|---|
| Respondents' Motion for Summary Judgment: | June 21, 2006 |
| Petitioner's Opposition to Motion for Summary Judgment and Cross-Motion for Summary Judgment: | July 5, 2006 |
| Respondents' Opposition to Cross-Motion for Summary Judgment: | July 18, 2006 |
| Parties' Cross-Replies: | August 8, 2006 |
| Hearing: | August 22, 2006 at 9:30am |

Stip. to a Briefing Schedule
C06-1995 MJJ

1 | Dated: May17, 2006 | Respectfully submitted,
2 | | KEVIN V. RYAN
  | | United States Attorney
3 |
4 | | _____/s/_____
  | | ILA C. DEISS
5 | | Assistant United States Attorney
  | | Attorney for Respondents
6 |
7 |
8 |
  | Date: May 17, 2006 | _____/s/_____
9 | | FRANK PATRICK SPROULS
  | | Attorney for Petitioner
10 |
11 |
12 | **ORDER**
13 | Pursuant to stipulation, IT IS SO ORDERED.
14 |
15 |
  | Date: 5/23/2006 | _____
16 | | MARTIN J. JENKINS
  | | United States District Judge

Stip. to a Briefing Schedule
C06-1995 MJJ      2